FITZGERALD SPEER COMPANY. DEFENDANT IN ERROR,
v. PETER J. KELLY, PLAINTIFF IN ERROR.

Argued March 13, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported in 52 *Vroom* 6.

For the plaintiff in error, *Martin P. Devlin.*

For the defendant in error, *John O. Vanatta* and *George H. Peirce.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons stated in the opinion filed in that court by the Chief Justice.

*For affirmance*—GARRISON, SWAYZE, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TREACY, JJ.  10.

*For reversal*—None.